UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LESLIE VILLENA-ALMANZAR,

                **Plaintiff,**                21-CV-04891 (PGG)(SLC)

     -against-                                       <u>ORDER</u>

PATRICIA CASTLE RICHARDSON,

                **Defendant.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    On Tuesday, November 09, 2021, the Honorable Sarah Cave referred this matter to me for settlement. By November 19, 2021, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                November 15, 2021