UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE VILLENA-ALMANZAR,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 21 Civ. 4891 (PGG) (SLC)

PATRICIA CASTLE RICHARDSON,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Following the Initial Conference on November 9, 2021, the Court directed Plaintiff's counsel to "promptly" file a notice of appearance in this action and directed the parties to file an executed Notice, Consent and Reference of a Civil Action to a Magistrate Judge form. (ECF No. 9). The Court reminds the parties to promptly file these documents.

Dated:     New York, New York
           November 16, 2021

SO ORDERED.

_(signature)_

**SARAH L. CAVE**
**United States Magistrate Judge**