UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE VILLENA-ALMANZAR,<br><br>                              Plaintiff,<br><br>          -v-<br><br>PATRICIA CASTLE RICHARDSON,<br><br>                              Defendant. | CIVIL ACTION NO.: 21 Civ. 4891 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On November 15, 2021, Magistrate Judge Sarah Netburn, who agreed to conduct the Settlement Conference in this action, directed the parties to contact her Courtroom Deputy by no later than November 19, 2021 to schedule a Settlement Conference.  (the "Scheduling Order" (ECF No. 10)).  Judge Netburn's Chambers also directly contacted the parties by email for scheduling purposes (the "Emails").  The parties have not complied with Judge Netburn's Scheduling Order, nor have they responded to the Emails.

The parties shall contact Judge Netburn's Chambers, in accordance with the instructions provided in the Scheduling Order, by no later than **4:30 pm on Thursday, December 9, 2021**.

Finally, Plaintiff's counsel has failed to file a Notice of Appearance despite two direct Orders to do so.  (ECF Nos. 9 at 5, 11).  Plaintiff's counsel shall file the Notice of Appearance by **Thursday, December 9, 2021**.

Should the parties fail to comply with this Order, the Court will infer that the parties are no longer interested in a Settlement Conference.

Dated:        New York, New York
              December 7, 2021

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**